# EXHIBIT 2

(1) ✨✨❤️Let's celebrate $5 Friday!! ✨✨❤️... - Black Pine Animal Sanctuary | Facebook

# Black Pine Animal Sanctuary's post

**Black Pine Animal Sanctuary** is 🥹 asking for donations.

July 25 at 7:30 AM ·

🧡🧡❤️Let's celebrate $5 Friday!! 🧡🧡❤️
It's day 4 of honoring the 5 Tigers who call Black Pine home.
Including staffing, it costs about $50,000 per year per tiger to provide them with the care and enrichment they deserve.
Prince, Elvis, Top Cat, Ima and Patronus are all living the REST of their lives at Black Pine, because of the financial support YOU provide. Can YOU donate $5 in their honor, today?











**Source:** https://www.facebook.com/100064755363590/posts/1183948763773625/?mibextid=wwXIfr&rdid=X9QZ2QlZuRjkc40R#
**Source:** https://www.facebook.com/100064755363590/posts/1183948763773625/?mibextid=wwXIfr&rdid=X9QZ2QlZuRjkc40R#