# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### –Northern Division–

|  |  |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> *Plaintiff* <br><br> –v– <br><br> TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., et al., <br><br> *Defendants.* | Case No. MJG 17–2148 |

## EXPERT REPORT OF CAROLE BASKIN

1.     My name is Carole Baskin. I am the Founder and CEO of Big Cat Rescue. Big Cat Rescue—which is located at 12802 Easy St., Tampa, Florida—is one of the world's largest accredited sanctuaries for exotic cats. In my capacity as CEO of Big Cat Rescue, I have expertise in determining the cost of properly providing for the care of exotic cats. Exotic cats include lions, tigers, bobcats, cougars, servals, caracals, jaguars, and many other species.

### Assignment

2.     I have been retained by counsel for People for the Ethical Treatment of Animals, Inc. ("PETA") to: (1) explain the methodology I employ at Big Cat Rescue for determining the cost of providing proper care for our animals; (2) explain how I use that methodology to evaluate our ability at Big Cat Rescue to provide proper care for our animals; (3) evaluate the extent to which the cost of providing proper care for

our animals at Big Cat Rescue is applicable to other facilities; (4) evaluate the extent to which Tri-State Zoo is able to meet the cost of providing proper care for its animals; and (5) evaluate the effects of Tri-State's Zoo ability or inability to meet the cost of providing proper care for its animals.

3.      I have declined to be compensated for my time.

## Documents Reviewed

4.      As part of my assignment, I have reviewed the complaint filed by PETA in this case as well as the depositions of Robert L. Candy (offered both in his personal capacity and as a corporate representative); of Dr. Tim Fox; of Dr. Gale Duncan; and of Timothy Squires. I have also reviewed relevant deposition exhibits and other documents produced by Tri-State Zoo. Additionally, I have reviewed a number of relevant background materials, some of which were provided by counsel. All of the documents I have considered in forming my opinions are cited in this report. I reserve the right to supplement this report based on any additional materials I may review.

## Qualifications

5.      I have been in my present position since 1992.

6.      Big Cat Rescue has rescued and provided a permanent home to more than 250 exotic cats. Big Cat Rescue is currently home to approximately 70 exotic cats. I have personally rescued and cared for numerous species of exotic cats, including tigers, lions, leopards, snow leopards, jaguars, cougars, Siberian lynx,

Canada lynx, servals, caracals, bobcats, leopard cats, Geoffroy's cats, margay, ocelots, sand cats, Pallas cats, fishing cats, and hybrids.

7.      Big Cat Rescue is accredited by the Global Federation of Animal Sanctuaries ("GFAS"). GFAS is a non-profit organization formed in 2007 by nationally and globally recognized leaders in the animal welfare field. GFAS provides certification for animal sanctuaries, rescue centers, and rehabilitation centers through its programs of verification and accreditation. GFAS verifies and accredits organizations based on substantial compliance with the GFAS Standards of Excellence. GFAS last updated its standards for felid care in February 2018.

8.      I am a former president of The Association of Sanctuaries ("TAOS"), a national accrediting body formed in 1992. TAOS was later absorbed by GFAS. Many of the provisions covering accreditation and approval of felid sanctuaries I authored for TAOS—concerning a wide range of sanctuary conditions, including enclosure requirements; safety; sanitation; temperature and air quality; nutrition and hydration; veterinary care; and enrichment—have been retained by GFAS in its current standards for felid care.

9.      In my capacity as CEO of Big Cat Rescue, I manage more than 130 volunteers and interns, as well as approximately 20 staff and contractors. At Big Cat Rescue, I work to ensure that everyone involved in caring for our animals has extensive training. Our training program is so extensive that we offer it as an online learning course at ZooCollege.com for free to other legitimate sanctuaries and to the general public for a fee. Interns and volunteers at Big Cat Rescue must not only

complete this course, but must also obtain certifications in proficiency after watching various tasks being performed twice and then being observed doing these tasks themselves five times. Personnel at Big Cat Rescue must complete two years of training before they are allowed on the non-public side of our fence separating our bigger cats from the public. Personnel at Big Cat Rescue must also work with smaller cats for two years before being promoted to the care of bigger cats, which is a category that includes lions, tigers, leopards, and jaguars.

10.     My work has received recognition in a variety of local, national, and international media outlets. These include, among other outlets, CNN, Animal Planet, Discovery, U.S. News & World Report, People Magazine, The Today Show, Sports Illustrated, Glamour Magazine, and all of the local media outlets within the vicinity of Big Cat Rescue. Because of my extensive experience with exotic cat issues, I was selected as a one of the judges for the prestigious International Big Cat Film Festival. Winners were selected from more than 200 entries and the awards were issued at the United Nations Building by the Secretariat of the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") and the Jackson Hole Wildlife Film Festival.

11.     I have testified before Congress in support of the Big Cat Public Safety Act. I have also testified before state lawmakers on issues that concern exotic cats. My advocacy efforts, combined with those of many others, are partially responsible

for Congress's 2003 passage of the Captive Wild Animal Safety Act. This law made it illegal to sell exotic cats across state lines as a pet.[1]

12.    I have also advocated successfully for state-level measures affecting animal welfare in Florida. For example, my advocacy helped result in a reclassification of cougars by the Florida Fish and Wildlife Conservation Commission as Class I wildlife, a category that includes lions, tigers, and other animals that are prohibited from personal possession.[2] I was also an advocate for the Florida Legislature's 2010 passage of a law that requires a $10,000 surety bond or $2 million in liability insurance by July 1, 2011 in order to own a Class I animal.[3]

13.    In my role as CEO of Big Cat Rescue, I am an active participant in the Big Cat Coalition, which is a loose coalition of NGOs focused on issues relating to the welfare of exotic cats. As part of the Big Cat Coalition, I have worked with groups including the International Fund for Animal Welfare, the Humane Society of the United States, Born Free, the World Wildlife Fund, the Animal Legal Defense Fund, the Wild Cat Conservation Legal Aid Society, the World Council for Animal Rights, the Ian Somerhalder Foundation, and the Global Federation of Animal Sanctuaries. Together, the Coalition represents more than 18 million supporters.

14.    The Big Cat Coalition has advocated for—and achieved—numerous gains for the welfare of exotic cats. For example, in 2016 the U.S. Fish and Wildlife Service finalized a rule declaring that captive "generic" tigers—tigers of unknown

---

[1] P.L.108-191, 117 Stat. 2871 (2003).
[2] Fla. Admin. Code R. 68A-6.002.
[3] Fla. Admin. Code R. 68A-6.0024.

genetic background or that are crosses between two different subspecies of tigers—are no longer exempt from certain permitting requirements.[4] Similarly, in 2016 the U.S. Department of Agriculture issued guidance clarifying that exhibitors violate the Animal Welfare Act by allowing members of the public to handle or feed infant exotic cats like tigers, lions, cheetahs, jaguars, or leopards.[5]

15.     I have lectured in Mexico, Costa Rica, Panama, and many cities across the United States on legislative affairs and sanctuary standards. I have also lectured at numerous universities and law schools and at numerous animal association conferences.

16.     I am also a licensed wildlife rehabilitator. I have been engaged in the rehabilitation of wild cats since 1978.

17.     I have not previously testified as an expert at trial or by deposition. A list of publications I authored in the previous 10 years is included in Appendix A.

## Summary of Opinions

18.     Big Cat Rescue uses a cost per cat by species chart ("the Chart") in order to determine its financial ability to provide proper care for its exotic cats, set fundraising goals, and ascertain future capacity. A copy of the Chart and its corresponding detail of expenses is attached as Exhibit 1. The Chart applies a

---

[4] Press Release, U.S. Fish and Wildlife Service, U.S. Fish and Wildlife Service Strengthens Protections for Captive Tigers under the Endangered Species Act (Apr. 5, 2016). Accessible at: https://www.fws.gov/news/ShowNews.cfm?ref=u.s.-fish-and-wildlife-service-strengthens-protections-for-captive-tigers-&_ID=35543.

[5] Tech Note, USDA Animal and Plant Health Inspection Service, Handling and Husbandry of Neonatal Nondomestic Cats (Mar. 2016). Accessible at: https://www.aphis.usda.gov/publications/animal_welfare/2016/tech-neonatal-nondomestic-cats.pdf.

methodology we have been using since 1995. This methodology takes into account Big Cat Rescue's actual costs associated with providing food, medical supplies, and veterinary care to its animals, and calculates a dollar value corresponding with Big Cat Rescue's expected total cost of providing food, medical supplies, and veterinary care for each of its species of animals.

19.    This methodology does not factor in the fact that practically all of the veterinary care and many of the medical supplies Big Cat Rescue receives are donated. In addition, while food, medical supplies, and veterinary care are some of the largest and most scalable expenses associated with taking proper care of exotic cats, they are not the only expenses. This methodology does not reflect other necessary costs, such as proper staffing, staff training, facilities, equipment, and enrichment. As such, dollar values calculated by this methodology should be understood to represent less than the minimum costs associated with properly providing for the care of the animals under consideration. At times, I refer to these as "sub-minimum" costs.

20.    The budget suggested by this methodology is generally applicable to other facilities responsible for the care of captive animals. First, the suggested budget represents revenue targets that should be achievable for other facilities. Second, the suggested budget is based upon the minimum standards of care required by the federal government and relevant accrediting organizations, and of the minimum standards of care required to humanely care for captive animals.

21.     Using this methodology, I have conservatively estimated Tri-State Zoo's
annual cost of providing a sub-minimum amount of food, medical supplies, and
veterinary care for only its tigers and lions as $48,546.38. I conservatively estimate
that it would cost additional tens of thousands of dollars annually to provide a sub-
minimum amount of food, medical supplies, and veterinary care for Tri-State Zoo's
dozens of other animals, including other exotic cats. I arrived at the latter estimate
based on my own experiences—as partially reflected in my methodology—as well as
my understanding of applicable standards of humane care.

22.     Based on my review of the record, discussed in depth below, I believe
that Tri-State Zoo falls far below meeting even the sub-minimum cost threshold
prescribed by my methodology. Based on its own admissions and tax filings, Tri-State
Zoo fails to generate sufficient revenue to provide proper care for its animals. In
addition, extensive evidence from the record reveals that Tri-State Zoo does not
engage in even minimal financial planning or budgeting and has an unrealistic
understanding of the costs associated with providing proper care for its animals.

23.     These conclusions are borne out by Tri-State Zoo's relative lack of
expenditures toward providing proper care for its animals. Extensive additional
evidence for this conclusion, described below, is also provided by Tri-State Zoo's lack
of available funds set aside in the event of an unexpected need for veterinary care;
Tri-State Zoo's foregoing of both urgent and preventive veterinary care for its
animals; Tri-State Zoo's reliance almost entirely on donated food that falls short of
its animals' dietary needs; Tri-State Zoo's woefully inadequate facilities and

equipment, which fall short of providing for its animals' safety and enrichment needs; and Tri-State Zoo's lack of any employees trained to meet the needs of its animals, including a total lack of any paid employees or trained volunteers.

24.     By failing to meet even sub-minimum costs of caring for its big cats, Tri-State Zoo has placed—and is currently placing—its animals in mortal danger. I conclude that it is a matter of urgent necessity that Tri-State Zoo's animals be placed with a facility capable of meeting their financial needs.

## Cost of Proper Care at Big Cat Rescue

25.     At Big Cat Rescue, we use the Chart in order to determine our capacity to rescue additional exotic cats. We devised the Chart in 2003. The Chart applies a methodology we have been using since 1995. This methodology allows us to make sure that we do not bring in an exotic cat for which we would not be able to provide proper care during the cat's entire life expectancy.

26.     We also use this methodology to set our fundraising goals. This helps us make sure that we will be able to provide proper care for the cats that we rescue regardless of changes in the economy or sanctuary management. Since 2003, Big Cat Rescue has been self-sustaining through donations, tour revenue, gift shop sales, and other earned income. The Chart plays a significant role in the success of these efforts, as it permits us to set targets and solicit funds in a manner that allows donors to see that their donations are directly supporting our animals.

27.     Prior to 2003, these calculations were more rough and approximate. Since 2003, the Chart has permitted us to predict our capabilities, costs, and financial needs on a more precise—although still approximate—basis.

28.     All references below are to the most recent version of the Chart, which we last updated on May 5, 2018.[6] The calculations contained in the Chart are based on the costs of providing proper care for our animals in 2017.

29.     More detail regarding how we arrived at our understanding of the costs associated with providing proper care for our animals can be found in the tab labelled "Detail of Expenses." In this tab, we have included a breakdown of some of the precise costs for specific types of food, medical supplies, and veterinary care.

30.     Rows two to 87 of this tab show specific food purchases. For example, row 23 reflects a $94.42 purchase (as indicated in column E) we made of "specialty meats for picky cats" (as indicated in column C) on May 22, 2017 (indicated in column A) from Costco (indicated in column B). As demonstrated by these rows, most of the food we purchase at Big Cat Rescue is AAA-brand ground beef from the Colorado Boxed Beef Company; humanely euthanized whole prey; or beef, chicken, and turkey from a restaurant supplier. Total expenses for food in 2017, as captured by the Chart, were $180,489.15. Because Big Cat Rescue does not accept donated food, this number closely approximates the real cost of feeding all of Big Cat Rescue's exotic cats.

31.     Rows 90 to 244 reflect the cost of medical supplies. For example, row 224 reflects a $41.30 purchase (as indicated in column E) we made of eye drops for a tiger

---

[6] Exhibit 1 ("Cost Per Cat by Species 2017 Calculation 5-5-18.xlsx").

named Zeus (as indicated by column C) on June 30, 2017 (indicated in column A) from Sam's Club (indicated in column B). Total expenses for medical supplies in 2017, as captured by the Chart, were $65,936.86. Because Big Cat Rescue accepts donated medical supplies, this number is less than the real cost of medical supplies for Big Cat Rescue's exotic cats.

32.     If we scroll down further, we see the breakdown of our 2017 expenses for veterinary care, contained in rows 247 to 257. For example, row 257 reflects a $1,000 expense (as indicated in column E) for a consultation with a dental expert (as indicated by column C) on May 6, 2017 (indicated in column A) from the Pet Dental Center (indicated in column B). Total expenses for veterinary care in 2017, as captured by the Chart, were $21,550.25. Because Big Cat Rescue accepts donated veterinary services, this number is less than the real cost of veterinary care for Big Cat Rescue's exotic cats. In 2017, Big Cat Rescue's veterinary expenses mostly consisted of travel expenses and other out-of-pocket costs.

33.     Adding up all the total combined expenses for food, medical supplies, and veterinary care captured by the "Detail of Expenses" tab yields a sum of $267,976. Again, because Big Cat Rescue accepts donated medical supplies and veterinary services, this number is less than the real cost of providing proper food, medical supplies, and veterinary care for Big Cat Rescue's exotic cats.

34.     Calculations measuring the expense of providing food, medical supplies, and veterinary care for each of our species of cats are performed in the Chart in the tab labelled "Food cost per cat." The animals reflected in this tab consist of: 25

bobcats, two caracals, six cougars, four leopards, three lions, two Canada lynx, 11 servals, and 15 tigers, as well as one Siberian lynx, one ocelot, and one jaguar. This tab lists these species in cells A12 through A22, and counts these animals in cells B12 through B22.

35. Because Big Cat Rescue had many small cat species—weighing approximately four to six pounds—at the time we devised the Chart, we designed the Chart to measure a Cost Factor based on a ratio of the cost to care for these smaller cats. For example, a bobcat, serval, or ocelot is typically twice the size of our smallest cat species, and so is assigned a Cost Factor of two. These Cost Factors increase incrementally based mostly on the typical size of the species of cat in question. The Cost Factor also incorporates the activity level and food needs of the species of cat in question. As reflected in the Cost Factor, a lion or tiger is roughly 15 times more expensive to care for properly than our smallest cats and thus have a Cost Factor of 15. This ratio is reflected in cells B12 through B22.

36. We use this methodology because we have found the Cost Factor for each species to be roughly consistent across these three variables. For example, we have found that a lion or tiger is approximately 15 times more expensive to feed than our smallest cats. Similarly, it is approximately 15 times more expensive to de-flea or de-worm a lion or tiger than it is to de-flea or de-worm the smallest cats. Even veterinary care falls into a roughly equivalent ratio—for example, removing a bad tooth in animal the size of a house-cat consumes far less time and resources than the same procedure would for a 500-pound exotic cat.

37.    To help determine the needs of each of our species of cats, we then multiply the number of animals in each species, as reflected in column B, by the Cost Factor for each species, as reflected in column C. The result of these calculations is reflected in cells D12 through D22.

38.    As referenced above, the remaining columns in the Chart then calculate a cost associated with providing food, medical supplies, and veterinary care for each of our species of cats.

39.    The cost of providing food for each of our species of cats, before taking into account the number of animals at Big Cat Rescue for each species, is reflected in cells E12 through E22. The numbers that appear in these cells are a product of the Cost Factor for each species, as reflected in column C. For example, food expenses for ocelots, which have a Cost Factor of two, are listed as $871.93 in cell E20. Meanwhile, food expenses for tigers, as listed in cell E22, are $6,539.46. This result is 7.5 times greater than $871.93, which is what would be expected for a species such as tigers with a Cost Factor of 15.

40.    The cost of providing medical supplies for each of our species of cats, before taking into account the number of animals at Big Cat Rescue for each species, is reflected in cells F12 through F22. The numbers appearing in these cells are a product of the Cost Factor for each species, as reflected in column C. For example, medical supplies for ocelots, which have a Cost Factor of two, are listed as $318.54 in cell F20. Meanwhile, medical supplies for tigers, as listed in cell F22, are $2,389.02.

This result is 7.5 times greater than $318.54, which is what would be expected for a species such as tigers with a Cost Factor of 15.

41.     The cost of providing veterinary care for each of our species of cats, before taking into account the number of animals at Big Cat Rescue for each species, is reflected in cells G12 through G22. The numbers appearing in these cells are a product of the Cost Factor for each species, as reflected in column C. For example, veterinary care for ocelots, which have a Cost Factor of two, are listed as $104.11 in cell G20. Meanwhile, veterinary care for tigers, as listed in cell G22, are $780.80. This result is 7.5 times greater than $104.11, which is what would be expected for a species such as tigers with a Cost Factor of 15.

42.     The total cost of providing food, medical supplies, and veterinary care for each of our species of cats, before taking into account the number of animals at Big Cat Rescue for each species, is reflected in cells H12 through H22. These numbers are the sum of the numbers appearing in the same rows under columns E, F, and G. For example, the total cost for tigers, as represented in cell H22, is $9,709.28—which is the sum of E22, F22, and G22.

43.     The total costs appearing in column H are also consistent with the Cost Factor for each species, as reflected in column C. For example, total costs for ocelots, which have a Cost Factor of two, are listed as $1,294.57 in cell H20. Meanwhile, total costs for tigers, as listed in cell H22, are $9,709.28. This result is 7.5 times greater than $1,294.57, which is what would be expected for a species such as tigers with a Cost Factor of 15.

44.     Finally, the total costs of providing food, medicine, and veterinary care for each of our species of cats, while taking into account the number of animals at Big Cat Rescue for each species, is reflected in cells I12 through I22. To arrive at these numbers, we multiply the number of animals in each species, as reflected in column B, by the total costs for each species, as reflected in column H. For example, total costs for tigers, taking into account that Big Cat Rescue housed 15 tigers as of May 5, 2018, are $145,639.13—which is the product of B22 and H22.

45.     The sum of cells I12 through I22 represents the total cost of providing food, medicine, and veterinary care for all of the animals at Big Cat Rescue as of May 5, 2018. This number, reflected in cell I23, is $267,976. This is the same sum that we derived above by adding all of the total combined expenses for food, medical supplies, and veterinary care captured by the "Detail of Expenses" tab.

46.     Again, the $267,976 total contained in cell I23 only takes into account our approximate actually-incurred expenses for food, medical supplies, and veterinary care. It does not factor in the fact that practically all of the veterinary care and many of the medical supplies we receive are donated. In addition, while food, medical supplies, and veterinary care are some of the largest and most scalable expenses associated with taking proper care of exotic cats, they are not the only expenses. The Chart does not reflect other costs associated with taking proper care of exotic cats, such as proper staffing, staff training, facilities, equipment, and enrichment. The Chart also does not reflect other unavoidable costs, including insurance, fundraising, technology, and other administrative expenses.

47.    As such, the total of $267,976 should be understood to represent less than the minimum cost associated with properly providing for the care of exotic cats. In 2017 Big Cat Rescue's total expenses were $3,069,809.[7] This included $646,120 associated with animal care and education activities.[8]

## Applicability of Cost of Proper Care at Big Cat Rescue to Other Facilities

48.    Based on my experience at Big Cat Rescue, it is my opinion that—if run properly and for the right purposes—a facility for captive animals can raise the funds necessary to provide the same level of care described above.

49.    Additionally, there is a very real cost benefit to providing proper nutrition and preventive care. For example, it is my experience that after we decided to increase Big Cat Rescue's investment in more expensive foods, we found that we had saved somewhere in the neighborhood of $20,000 in medical costs. I believe these facts are directly correlated.

50.    From my own observation, I do not believe that cheaper food options— such as roadkill, expired meats from grocery stores, downed farm animals, or meat procured by hunters—can be nutritionally sufficient. Roadkill poses a number of risks. These include the risk of spoilage, the risk the carcass contains traces of oil or antifreeze absorbed from pavement, or the risk that the deceased animal could be

---

[7] See Big Cat Rescue Corp., IRS Form 990, 2017. Accessible at: https://bigcatrescue.org/wp-content/uploads/2018/03/2017-Big-Cat-Rescue-990-web.pdf. See also Big Cat Rescue Corp., Audited Financial Statements: December 31, 2017 and 2016, Feb. 21, 2018, at 7 (reporting $3,145,038 in total expenses). Accessible at: https://bigcatrescue.org/wp-content/uploads/2018/03/Big-Cat-Rescue-2017-Audited-Financial-Statements.pdf.

[8] See Big Cat Rescue Corp., IRS Form 990, 2017, at 10. See also Big Cat Rescue Corp., Audited Financial Statements: December 31, 2017 and 2016, at 7.

USDC IND/ND Case 1:17-cv-02148-SLC Document 141 Filed 08/20/2018 Page 17 of 37

carrying a high parasitic load either internally or externally. There is also no way to know if the animal was too slow to avoid being hit because it was diseased. Similarly, cuts of meat from grocery stores are designed for human consumption, and lack the organs and other integral aspects of the whole carcass. Additionally, there are no safeguards against spoilage after meat has been pulled from grocery store shelves, or been provided from an animal that died before it was able to go to market. Meat from animals put down before going to market can also introduce increased risk of disease. Finally, in addition to the issue of spoilage, hunted meat can also introduce greater risk of parasites, diseases, and lead while not always providing the benefits of a whole carcass. For these reasons, Big Cat Rescue does not accept any donated food.

51.     Based on my own observation, I believe that avoiding these cheaper food options—roadkill, expired meats from grocery stores, downed farmed animals, and meat procured by hunters—is necessary to comply with federal regulations, which require that, at a minimum, captive animals be provided with food that is "wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health . . . [and] shall be prepared with consideration for the age, species, condition, size, and type of the animal."[9]

52.     It is my opinion that avoiding these cheaper food options is necessary in order to comply with current GFAS felid standards. Those standards require that felid diets consist of food that is "wholesome, palatable, free from contamination and of sufficient quantity and nutritive value to maintain all felids in good health." GFAS

---

[9] 9 C.F.R. § 3.129(a).

warns against a diet consisting mostly of "muscle meat" rather than whole carcasses and prohibits feeding to felids animals that may have died from disease. GFAS also advises against the feeding of hunted meat because "lead may be present."[10]

53.     Dr. Tim Fox, Tri-State Zoo's own longtime attending veterinarian, agrees. Dr. Fox has testified that roadkill can contain deadly pathogens,[11] and that he would be concerned if exotic cats under his care were receiving large amounts of roadkill as part of their routine diet.[12]

54.     The necessity of preventive medical care is also similar for any facility that cares for captive animals. GFAS requires that "[a]ppropriate preventative medicine programs are in place to manage all felids" and recommends annual veterinary examinations.[13] As Dr. Fox has testified, tigers are prone to health problems in captivity and require regular and competent veterinary care.[14] The need for preventive medical attention is exacerbated in the case of wild animals, which Dr. Fox agrees instinctively conceal signs of illness.[15]

---

[10]   GFAS, Standards for Felid Sanctuaries, Feb. 2018, at 21-22. Accessible at: https://www.sanctuaryfederation.org/gfas-new/wp-content/uploads/2018/02/FelidStandardsFebruary 2018.pdf.

[11]   Rough Fox Tr. 87:13-16 ("Q. Can dead animals that get picked up from the side of the road contain pathogens such as E coli or tularemia? A. Yes."); Fox Tr. 89:9-12.

[12]   Rough Fox Tr. 88:9-12 ("Q. As the attending AV for the big cats does it concern you that they receive a large amount [of] roadkill as part of their routine diet? A. Yes[.]"); Fox Tr. 90:5-8.

[13]   GFAS, Standards for Felid Sanctuaries, at 26.

[14]   Rough Fox Tr. 27:20-28:7 ("Q. And would you further agree that without such specialized care tigers lions and lemurs are prone to health problems in captivity? . . . A. I have to answer, yes. Q. Do you believe regular and competent veterinary care is [of great importance] to lions, tigers, and lemurs? A. Yes[.]"); Fox Tr. 27:16-28:4.

[15]   Rough Fox Tr. 47:6-15 ("Q. [Is it] true that wild animals instinctively conceal signs of illness until the illness is fairly well progressed? A. Yes. Q. And would you also agree that therefore it is important that zoo keepers be trained to look out for those signs of illness to catch more subtle signs? A.. [Sure, y]es."); Fox Tr. 48:7-15.

55.     Finally, it is my opinion that the cost of proper care we encounter at Big Cat Rescue reflects the cost to humanely care for animals at any facility for captive animals. While in some respects Big Cat Rescue operates as a business, there are certain costs that are non-negotiable. If a facility is going to take on the responsibility of caring for animals in captivity, then it has agreed to take on the duty of providing them with a humane existence.

## Cost of Care for the Animals at Tri-State Zoo

56.     It is my understanding that Tri-State Zoo currently has four tigers and one African lion.[16] Based on my methodology, my opinion is that it would cost at least $48,546.38 annually—but likely more, taking into account the cost of any non-donated veterinary care—to provide the bare minimum for just these five exotic cats in terms of food, medical supplies, and veterinary care.[17] Additionally, it would cost some amount greater than that to provide proper staffing, staff training, facilities, equipment, and enrichment for these exotic cats.

57.     The $48,546.38 sum referenced above does not take into account the fact that Tri-State Zoo also must provide proper care for many other animals. These include other species of exotic cats—including a cougar, servals, and bobcats—and, until recently, included two endangered ring-tailed lemurs.[18] Dr. Fox testified that

---

[16] At the time PETA filed its complaint, Tri-State Zoo actually had five tigers and one lion. Complaint, ¶ 3. It is my understanding that one of Tri-State Zoo's tigers died on or about June 4, 2018.

[17] I arrived at this total by identifying that Big Cat Rescue's cost of providing food, medical supplies, and veterinary care for one of our three lions—which, like tigers, have a Cost Factor of 15—as recorded in the Chart is $9,709.28. Thus, the cost of taking care of five exotic cats with a Cost Factor of 15 would be $48,546.38.

[18] Complaint, ¶ 3; *See* Candy Exhibit 8 (listing out Tri-State Zoo's "Exotic Cat Diet Plan" and taking into account Tri-State Zoo's tigers, lions, cougars, servals, and bobcats).

USDC IND    Case 1:17-cv-02148-SDC    Document 124    08/20/2018    Page 20 of 37

Tri-State Zoo is currently home to "50 or more" animals, including perhaps as many as "20 cats."[19] Robert ("Bob") L. Candy, the principal manager at Tri-State Zoo, testified that Tri-State Zoo is currently home to "34 mammals," not including various reptiles and exotic birds.[20]

58.    I conservatively estimate that it would cost, at minimum, tens of thousands of additional dollars to provide food, medical supplies, and veterinary care for the non-lion-and-tiger animals at Tri-State Zoo per year. For example, if one conservatively assumes that the remaining 14 exotic cats at Tri-State Zoo each have a Cost Factor of only two—the Cost Factor of a bobcat or serval—that would mean that it would cost at least $18,123.98 to provide less than the bare minimum for these exotic cats in terms of food, medical supplies, and veterinary care.[21] Again, this total does not take into account costs associated with providing proper staff, staff training, facilities, equipment, and enrichment.

59.    While Big Cat Rescue does not currently house any lemurs, I know firsthand that the cost of providing proper care for lemurs is significant. In 2004, I made the decision to re-home Big Cat Rescue's entire colony of lemurs—including black-and-white ruffed lemurs, ring-tailed lemurs, and a brown lemur—to another accredited sanctuary, Wildlife Rescue and Rehabilitation in Texas. I made this

---

[19] Rough Fox Tr. 35:5-16 ("[T]here could be 20 cats out there at one time, not lions and tigers I mean just they're all felids but just kitty cats and kittens. . . . [and] 50 or more [animals total]"); Fox Tr. 35:8-20.

[20] Candy Tr. 114:7-8 ("Right now, we're down to 34. 34 mammals. We don't include the reptiles in that."). *See also* Complaint, ¶ 23.

[21] I arrived at this total by identifying that Big Cat Rescue's cost of providing food, medical supplies, and veterinary care for our ocelot—which has a Cost Factor of two—as recorded in the Chart is $1,294.57. Thus, the cost of taking care of 14 exotic cats with a Cost Factor of two would be $18,123.98.

decision after concluding that the other sanctuary could more competently care for the lemurs.

60.     I am also aware that GFAS standards for lemurs—and for other species that are not exotic cats—are similarly stringent. For example, GFAS requires that lemurs be provided food that is "wholesome, palatable, free from contamination and of sufficient quantity and nutritive value to maintain all prosimians in good health."[22] GFAS also requires that lemurs be fed not only commercially prepared food items but also "fresh fruits and vegetables, greens, and other whole foods as species appropriate."[23] Additionally, GFAS prescribes significant and precise veterinary care, space, shelter, and enrichment accommodations for lemurs.[24]

61.     GFAS promulgates similar standards for a number of other species, including many that are housed at Tri-State Zoo. Other species for which GFAS promulgates standards are: aquatic and semi-aquatic birds; arboreal perching birds; bats; bears; birds of prey; canids; caniforms; crocodilians; elephants; equines; feliforms; great apes; ground feeding birds; lagomorphs, rodents, and hyrax; monotremes, marsupials, and small insectivores; new world primates; non-testudine reptiles; old world primates; rhonis, hippos, and tapirs; ruminants; suidae; and testudines.[25]

---

[22]   GFAS, Standards for Prosimian Sanctuaries, Jan. 2013, at 27. Accessible at: https://www.sanctuaryfederation.org/gfas-new/wp-content/uploads/2017/09/ProsimianStandards_Dec2015.pdf.
[23]   Id., at 27-28.
[24]   Id., at 6-19, 30-39.
[25]   GFAS, Standards of Excellence. Accessible at:   https://www.sanctuaryfederation.org/for-sanctuaries-2/standards/.

### Evaluation of Tri-State Zoo's Ability to Meet Cost of Care Needs

62.  My review of the record in this case leads me to conclude that Tri-State Zoo falls short of meeting the minimum cost of proper care for its animals by several orders of magnitude.

63.  Specifically, Tri-State Zoo falls far below meeting even the sub-minimum cost threshold for food, medical supplies, and veterinary services prescribed by my methodology. Mr. Candy testified that Tri-State Zoo takes in "approximately $30,000 a year"[26]—significantly below the $48,546.38 threshold noted above that only takes into account Tri-State Zoo's five lions and tigers. As the CEO of a non-profit, I was surprised to see that Tri-State Zoo does not meet the annual $200,000 revenue or $500,000 of assets thresholds that would require it to file an IRS Form 990 with its annual taxes.[27] Instead, Tri-State Zoo appears to file an IRS Form 990-N, which is typical of organizations with $50,000 or less in annual revenue.[28]

64.  Tri-State Zoo does not seem to have any consistent source of funds—or even a clear accounting of its revenue and past or future expenses. For example, Mr. Timothy Squires, a vice-president and member of the board of directors of Animal Park Care and Rescue, Inc.—a non-profit organization that purportedly exists to

---

[26] Candy Tr. 37:20-38:6 ("Q. Okay. How much, roughly, does it take in a year? When I say it, I'm talking about the [BDJTD Candy LLC]? A. . . . I guess approximately $30,000 a year. Q. What does it do with that $30,000 of annual income? A. Pays the bills.").

[27] *See* 2017_Animal Park Care & Rescue 990-N (00306447xB39F9).pdf. *See also* Candy Tr. 165:21-166:2 ("Q. The corporation doesn't meet the threshold to have to file the 990; is that correct? A. I'm—I'm assuming so."). *See also* IRS, Form 990 Series Which Forms Do Exempt Organizations File Filing Phase In, Aug. 4, 2017. Accessible at: https://www.irs.gov/charities-non-profits/form-990-series-which-forms-do-exempt-organizations-file-filing-phase-in.

[28] *See* IRS, Who must file Form 990-N (e-Postcard)?, Aug. 27, 2017. Accessible at: https://www.irs.gov/charities-non-profits/annual-electronic-notice-form-990-n-for-small-organizations-faqs-who-must-file.

Case 1:17-cv-02148-PX Document 99-4 Filed 11/01/18 Page 23 of 37
Case 1:17-cv-02148-PX-SAG Document 114-1 Filed 08/10/18 Page 23 of 37
USDC IN/ND case 3:25-cv-00230-RLM-SJO document 114-1 filed 08/10/18 page 23 of 37

support the animals at Tri-State Zoo[29]—testified that he never looked into the state

of Tri-State Zoo's finances, and has no idea whether Tri-State Zoo currently has the

funds to properly care for its lions and tigers,[30] or even to provide ongoing veterinary

care.[31] Mr. Candy testified that he had no idea as to Tri-State Zoo's annual budget for

food,[32] veterinary care,[33] and medical supplies.[34] In Mr. Candy's own words, "[y]ou

don't plan for animals getting sick and you don't plan for veterinary care."[35]

65.    My review of the record also revealed that Mr. Candy has an unrealistic

understanding of the cost involved with providing proper care for his animals. For

---

[29] Squires Tr. 7:5-11 ("Q. To the extent that a Go Fund Me page for APCR states that in 2009 the zoo formed the non-profit Animal Park Care and Rescue 501(c)(3) to benefit the animals to give them a lifelong home, is that an accurate description of when and why APCR was formed? A. As far as I can remember, yes.").

[30] *See e.g. Id.*, at 99:4-8 ("Q. So you don't know how much it costs or whether there is sufficient funds to care for the big cats that are currently in APCR's care? . . . A. No."); *Id*. at 99:9-14 ("Q. How much money does APCR take in from donations a year? A. I don't know. Q. You've never bothered to find out what the state of finances are for APCR? A. No.").

[31] *Id.*, at 105:14-18 ("Q Did you ever consider whether there was sufficient funds to pay for the cats ongoing veterinary care? . . . A. No.").

[32] *See e.g.* Rough Candy 30(b)(6) Tr. 276:10-12 ("[T]here is no budget for [food]. The meat is there, the food is there. It's supplied. If I have to go get it, I buy it."); Candy 30(b)(6) Tr. 287:15-17; Rough Candy 30(b)(6) Tr. 280:4-6 ("Q. How much would it cost to you [to] feed the animals without relying on donations? A. I don't know."); Candy 30(b)(6) Tr. 291:14-16.

[33] *See e.g.* Rough Candy 30(b)(6) Tr. 271:7-17 ("Q. And you discussed with her how much it would cost for her to be the attending veterinarian? A. No. Q. Did you ask for a budget? A. No. Q. Don't you think it would be important for the zoo to have a budget as to how much it would cost for her to be the attending veterinarian? A. No, I've been doing it for 16 years and I've been taking it with the vets that we have and we made the payments."); Candy 30(b)(6) Tr. 282:11-21; Rough Candy 30(b)(6) Tr. 272:18-273:1 ("So you did not make a budget to figure out how much money to budget for your upcoming fiscal year for paying Dr. Duncan? . . . A. No."); Candy 30(b)(6) Tr. 284:2-6.

[34] *See e.g.* Rough Candy 30(b)(6) Tr. 286:18-287:2 ("Q. [. . .] And that would cost about $450 [for] year per cat [flea prevention]? . . . A. No, I'd probably—we use [Borax] for the ground and we [. . .]—put the borax couple times a year[. A box of Borax] is a couple dollars. To treat the cats is [--] they're out in the rains[.] [T]hey get the waters[.] [T]hey swim[, s]o they really treat themselves for that. Dewormer, probably your most expensive part. [A parasite] thing [is] $7 a tube 12 times a [. . .] year. So you're talking about couple hundred dollars."); Candy 30(b)(6) Tr. 298:13-299:3.

[35] Rough Candy 30(b)(6) Tr. 285:9-20 ("Q. So sitting here today, you don't know what it would cost if you had to pay for food? A. I don't have an exact number, no. Q. And you don't have a ballpark figure here? A. No, because I [don't] need it. Q. I am just, I just want to know.  You don't know what you would have to pay to buy it and you also wouldn't know what it would cost annually to pay for veterinary care for the animals; is that right? A. I don't think anybody [knows].  You don't plan for animals getting sick and you don't plan for veterinary care."); Candy 30(b)(6) Tr. 297:2-15.

example, I estimate, using my methodology, that the minimum cost of providing medical supplies for five lions and tigers is $11,945.10.[36] Flea prevention and de-wormer would be a considerable portion of this expense. When asked about the annual cost of flea prevention and de-wormer for his lions and tigers, Mr. Candy estimates a cost of "a couple hundred dollars."[37] Mr. Candy pegged the total cost of running Tri-State Zoo each year at as low as "just a few thousand dollars."[38]

66.     There are no indications that Tri-State Zoo has any kind of ability to meet unexpected medical expenses that may predictably occur with exotic cats—that, for example, Tri-State Zoo would be able to meet as predictable an expense as a sudden $1,000 veterinary bill for blood tests on an animal.[39] While animal sanctuaries often take advantage of donated veterinary services, donated services are not a substitute for seeking proper medical attention. Yet in the case of Tri-State Zoo,

---

[36] I arrived at this total by identifying that Big Cat Rescue's cost of providing medical supplies for lions and tigers, which have Cost Factors of 15, is $2,389.02 each. Thus, the cost of medical supplies for five exotic cats with a Cost Factor of 15 would be $11,945.10.

[37] Rough Candy 30(b)(6) Tr. 286:18-287:2 ("Q. [. . .] And that would cost about $450 [for] year per cat [flea prevention]? . . . A. No, I'd probably—we use [Borax] for the ground and we [. . .]—put the borax couple times a year[. A box of Borax] is a couple dollars. To treat the cats is [--] they're out in the rains[.] [T]hey get the waters[.] [T]hey swim[, s]o they really treat themselves for that. Dewormer, probably your most expensive part. [A parasite] thing [is] $7 a tube 12 times [. . .] a year. So you're talking about couple hundred dollars."); Candy 30(b)(6) Tr. 298:13-299:3.

[38] Rough Candy 30(b)(6) Tr. 279:11-18 ("[T]o run the zoo you're maybe talking just a few thousand dollars for—it's hard to say because supplies we get donated to us or they're bought through the other ones. Electric, you have utilities but water, we have got wells on the property. The really only utility we have [is] electric. So there is no way to determine what it would actually cost just to run the zoo."); Candy 30(b)(6) Tr.290:21-291:7.

[39] See e.g. Squires Tr. 101:9-21 ("Q. The reason for my question, sir, is because when I asked Mr. Candy whether there was an emergency fund that would cover any unusual expenses for the big cats if one of the cats got sick, for example, like Bu got sick, how that would be covered. Mr. Candy suggested it my come out of the income from his wife. Do you know whether Mr. Candy or the zoo has access to funds that Mr. Candy's wife or ex-wife obtains from her job? A. Not for sure. I know she used to pay for a lot of things, whether she still does or not I'm not sure."); Id. at 102:9-12 ("Q. If there were an emergency for any of the big cats or an unforeseen sickness, do you have any idea who would pay for that? A. No."); Id. at 102:13-17 ("Q Does APCR have the funds to pay a veterinarian a thousand dollars, for example, for blood tests for an animal? . . . A. I don't know.").

donated or deeply discounted services—which were, as admitted by Dr. Fox himself, largely inadequate[40]—appear to have been most of the veterinary services used.[41] The record I have reviewed also includes examples of Tri-State Zoo foregoing necessary medical care because of the expense involved.[42] Furthermore, when Tri-State Zoo was billed for veterinary services, it seems to have routinely failed to pay.[43]

---

[40] *See e.g.* Rough Fox Tr. 128:11-15 ("Q. Would it be fair to conclude that you haven't done anything to make sure that the big cats receive enrichment that is sufficient to meet their needs? A. I have not."); Fox Tr. 130:13-17; Rough Fox Tr. 139:17-140:2 ("Q. That's not something you feel is your responsibility as the tigers' attending veterinarian to check to make sure they have safe and adequate housing? A. It should be, yes." Q. But you didn't do that? A. I did not."); Fox Tr. 142:6-12; Rough Fox Tr. 167:19-168:1 ("Q. Is there any reasonable excuse for somebody who hand rears a lion cub to wait this long to seek treatment for the cub? A. No."); Fox Tr. 171:8-11; Rough Fox Tr. 171:13-15 ("Q. But you didn't do anything to actually ensure that you made four quarterly visits? A. Truthfully, no."); Fox Tr. 175:2-4.

[41] *See e.g.* Rough Fox Tr. 37-16:19 ("Q. So Mr. Candy relies on you donating your services to the animals for care? A. That and some medicine yes, I'm not sure how to answer that, I offer that."); Fox Tr. 38:4-7; Rough Fox Tr. 101:1-13 ("Q. Is it generally acceptable to professional practice to prescribe a course [of] treatment based on an incomplete diagnosis? A. When you say incomplete, that's a double edge sword because most of the things we do, people can't afford the blood work or the x-rays so I'm going to say probably not correct but it's done. Q. Because people couldn't afford what it would cost to actually secure proper diagnosis? A. Correct. Q. And that would include Mr. Candy? A. Correct."); Fox Tr. 102:16-103:8; Rough Fox Tr. 171:18-172:13 ("Q. And were you concerned that if you weren't helping out the animals would be left with not even the kind of care that you were able to give? A. Correct. Q. And what would happen if you decide to no longer donate your services to take care of the animals? A. I don't know I'm the last one on the line. Q. So in order to get even the kind of care that you're able to provide, Mr. Candy has to rely on your good graces to continue to do so? . . . A. Yes, but this is the worst thing I've ever done in my, my entire life and I'm done I apologize it's just this is miserable no disrespect to you guys but."); Fox Tr. 175:7-176:3; Duncan Tr. 92:9-14 ("I do discount because the zoo is a non-profit organization . . . we felt that [it] would be appropriate to . . . discount [for] them.").

[42] *See e.g.* Rough Fox Tr. 228:1-13 ("Q. If a client brought a dog or a cat to you . . . in this emaciated stage would you [expect] that the clients were . . . neglectful in wait[ing] . . . this long to seek veterinary intervention for their animal? . . . A. Yes, I mean when I say yes I mean yes but I mean, there's reasons people don't do that they're afraid of costs so your answer is, yes."); Fox Tr. 232:10-21.

[43] *See* Fox Exhibit 1 (showing chronic late payment of veterinary bills). *See also* Rough Fox Tr. 43:10-15 ("Q. [Mr. Candy] was late paying his bills, he persistently and chronically failed to pay his [bills] on time is that right? . . . A. If we looked at this yes[.]"); Fox Tr. 44:7-11; Duncan Tr. 97:4-13 ("Q. You said you didn't know whether your bills were paid. A. As far as I can my bills have been paid. Q. Are you guessing? A. I am assuming. . . . I don't know for certain.").

### Effect of Tri-State Zoo's Inability to Meet Its Animals' Cost of Care Needs

67. Tri-State Zoo's inability to provide for the cost of proper care appears to be reflected in its low level of expenditures. According to Mr. Candy, some years Tri-State Zoo did not spend any money on veterinary care.[44] Mr. Candy also conceded that most of the food Tri-State Zoo feeds its animals is donated,[45] and could not testify that Tri-State Zoo spent *any* money on food between 2011 and 2017.[46]

68. The food, medical supplies, and veterinary services Tri-State Zoo does appear to have supplied falls below what I—or any accrediting body—would consider to meet acceptable standards. The following are just a small set of representative examples that stood out to me:

a. Most of the medical care received by animals at Tri-State Zoo appears to have been provided for free by Dr. Fox. Yet by his own admission, Dr. Fox has no training or experience in caring for tigers, lions, or primates.[47] No other veterinarians consulted at any point by Tri-State Zoo appear to have had formal training or

---

[44] Rough Candy 30(b)(6) Tr. 271:18-272:6 ("Q. Right. Over the last eight years, does it sound about right that you spent about $500 on vet bills, on average per year? . . . A. Per year, it varies per year. Q. Right. And some years you didn't spend any money at all . . . [l]ike in 2009? A. We may have some years we didn't spend any. I don't remember. We had some years where we spent a few thousand."); Candy 30(b)(6) Tr. 283:1-12.

[45] Rough Candy 30(b)(6) Tr. 273:3-9 ("Q. How much money have the defendants spent annually each year from 2011 through 2017 to provide food for the lions, tigers and lemurs? . . . A. I'd have to go back. I don't know if there's any way to calculate because most of our food is donated to us."); Candy 30(b)(6) Tr. 285:8-14.

[46] Rough Candy 30(b)(6) Tr. 275:10-17 ("Q. Well. I still need an answer to my question and that is, the amount of money the defendants have spent annually each year from 2011 through 2017 to provide food for the lions, tigers and lemurs? A. There is no breakout for that money. Q. It could be zero? A. It could be zero."); Candy 30(b)(6) Tr. 286:16-287:1.

[47] Rough Fox Tr. 28:21-29:3 ("Q. Did you advise Mr. Candy that you did not have any training or experience in caring for tigers lions or primates? A. Yes. Q. Other than in your role as AV of Tri-State Zoo [have you] ever had any responsibility for the care or treatment of tigers lions or primates? A. No."); Fox Tr. 28:18-29:5.

experience in the care of tigers or lions either.[48] It is appalling to me that any veterinarian could visit Tri-State Zoo, witness seepage and runoff water under the platform in the tigers' enclosure,[49] and not be able to detect that this could be the source of the fungal infection that Dr. Fox somewhat dismissively refers to as "rain rot."[50] To not understand the full scope of the health hazard presented by Tri-State Zoo's decrepit environment stands out to me as a sign of utter lack of competency.

b.  The animals at Tri-State Zoo appear to have little or no preventive care, and in some cases seem to have gone virtually their entire lives without seeing a veterinarian.[51] The exotic cats at Tri-State Zoo appear to have had no regular blood tests, fecal exams, fur tests, or dental exams.[52] Dr. Fox has admitted that the exotic cats at Tri-State zoo went without vaccinations because of Dr. Fox's concern for his own "[s]elf-preservation,"[53] meaning his fear of what would happen were he to "walk[]

---

[48] *See e.g.* Rough Candy 30(b)(6) Tr. 78:16-79:5 ("Q. And when you asked Dr. Duncan whether [s]he has received training and/or experience in the care and management of lions and tigers, what did she respond? . . . A. I believe formalized training, I guess you have a specialized field, if you want, for exotics, but has experience. Q. I'm sorry. This did not come out. So she told you she has no formalized training in the care of lions and tigers? A. I believe that's it."); Candy 30(b)(6) Tr. 82:21-83:10.

[49] Candy Tr. 169:9-11 ("[Well and rain water] collects underneath all of that platform. There's a platform that metal tub is in that collects underneath that.").

[50] Rough Fox Tr. 293:3-6 ("Well, Mowgli he always has a little rain rot. . . . That's just a fungal infection."); Fox Tr. 299:7-10.

[51] Candy Tr. 317:17-19 ("Q. When was the last time [Khan] had seen a vet [before he died at 10 years old]? A. Probably when he was a baby.").

[52] *Id.*, at 301:7-15 ("Q. Actually, before we go to 9, on Mowgli, how often are any fecal exams performed? A. None.  Only if necessary. Q. Okay. So there's no regular exam? A. There's no reason for any. Q. What about blood draws? A. No reason for any. Q. Okay. What about dental exams? A. No reason for any. Q. . . . [B]esides the time when you grabbed fur off of him for the ringworm test, at any other times that you've tested his fur for anything? A. No.").

[53] Rough Fox Tr. 73:12-75:4 ("Q. And at any point that you were the attending AV [the big cats] haven't received any vaccines? A. Not by me, no. . . . Q. And why did you decide not to give any of the vaccines to the big cats? A. Self preservation. Q. Meaning? A. Are you serious giving a tiger a shot. That's difficult. Q. So the reason the big cats are not vaccinated is because it would be too dangerous for you to perform the vaccination? A. That's one of the primary reasons, yes."); Fox Tr. 75:8-76:17.

in a cage and stick[] a lion in the butt and hop[e] it doesn't kill me."[54] Dr. Fox also cavalierly—and wrongly—asserts that Tri-State Zoo's exotic cats do not need protection from canine distemper because, in his words, "[t]hey can't really get canine distemper."[55]

    c.  Mr. Candy estimates that a quarter to a third of the exotic cats' diet at Tri-State Zoo consists of roadkill.[56] Mr. Candy also admits to feeding his exotic cats dead farm animals,[57] and in one case fed them 30,000 pounds of meat that was brought in from a highway truck accident without having anyone examine the meat.[58] Dr. Fox admits that Tri-State Zoo does nothing to make sure carcasses that are brought in or picked up from the side of the road are not contaminated.[59]

---

[54] Rough Fox Tr. 80:7-13 ("Q. The logistics sure. What do you mean by logistics? A. Walking in a cage and sticking a lion in the butt and hoping it doesn't kill me. Q. Your volunteer services wouldn't go as far as doing the vaccinations for these big cats? A. Probably not so good."); Fox Tr. 82:2-8.

[55] Rough Fox Tr. 81:17-20 ("Q. . . . [W]ould it also be accurate to say that nothing currently [provides] protection [for] the big cats from canine distemper? A. They can't really get canine distemper[.]"); Fox Tr. 83:11-15. *But see* Terio KA, Craft ME. 2013. Canine distemper virus (CDV) in another big cat: should CDV be renamed carnivore distemper virus? mBio 4(5):e00702-13. doi:10.1128/mBio.00702-13 ("One of the greatest threats to the conservation of wild cat populations may be dogs or, at least, one of their viruses. Canine distemper virus (CDV), a single-stranded RNA virus in the Paramyxoviridae family and genus Morbillivirus, infects and causes disease in a variety of species, not just canids.").

[56] Rough Candy 30(b)(6) Tr. 201:18-203:17 ("Q. In fact, isn't the feeding of roadkill one of the standard components of the big cats' diets at your zoo? . . . A. Yes. . . . Q. . . . [A]pproximately a third of the big cats' diets consist of roadkill? A. A quarter to a third I will say yes."); Candy 30(b)(6) Tr. 208:3-209:2.

[57] Rough Candy 30(b)(6) Tr. 225:4-8 ("Q. And does that happen, that people just drop off dead farm animals or hunters or roadkill? A. Sometimes. Q. Right. What did you do with that cow? A. I probably butchered and fed [it to the big cats]."); Candy 30(b)(6) Tr. 232:19-233:2.

[58] Candy Tr. 396:2-397:6 ("Q. All right. Now, it looks like you got 30,000 pounds of meat that was brought out from a highway truck accident. A. Yes. . . . Q. You didn't have a vet look at it or anything? No. Q. Do you ever have a vet look at any of the meat that you feed to the animals? A. Only if they come out and they notice something, but no.").

[59] Rough Fox Tr. 88:19-89:3 ("Q. Do you know what [precautions] the zoo takes if any to make sure that the carcasses that are brought in or picked up from the side of the road are not contaminated with diseases or pathogens of any kind? A. I do not."); Fox Tr. 90:14-19.

69.     Tri-State Zoo's expenditures to meet other needs—including proper
staffing, facilities, equipment, and enrichment—appear to have been similarly
lacking:

a.  Mr. Candy testified that no one at Tri-State Zoo does anything to
monitor the water placed in its animals' enclosures.[60]

b.  Tri-State Zoo has no means of testing the air temperature or humidity
in its animals' enclosures.[61]

c.  Mr. Candy denies that free-roaming animals can spread diseases to Tri-
State Zoo's animals, and takes no precautions to ensure that Tri-State Zoo's facilities
are equipped to keep free-roaming cats outside of its animals' enclosures.[62] Similarly,
Mr. Candy makes no effort to vaccinate these free-roaming cats.[63]

d.  Dr. Fox admits that he does nothing to make sure Tri-State Zoo's exotic
cats receive adequate enrichment.[64] Mr. Candy testified that there is no enrichment

---

[60] Candy Tr. 101:1-5 ("Q. Does anyone monitor the water, test the water regularly? A. We drink
the water there. Q. That's how you monitor it, by drinking? A. Pretty much."); *Id.*, at 168:9-10 ("Q. Is
[the water in the tigers' pool] tested at all? A. No.").

[61] *Id.*, at 135:1-8 ("Q. . . . So just the temperature of the air, is that monitored in any way? A. The
ambient temperature is monitored by just us feeling it. Q. Okay. So you sort of go in and say it feels
like whatever you think it feels like? A. Yes."); *Id.* at 230:13-17 ("Q. . . . What about humidity? Is that
monitored? A. That's monitored with the—not monitored, but it's there with the humidifiers. Q. Okay.
But it's—A. There's no monitoring system for it.").

[62] *See e.g. Id.*, at 378:11-379:2 ("Q. So do you take any precautions to ensure that the free roaming
animals don't have diseases that can be spread to the big cats or any of the other animals? A. There's
not a whole lot of diseases they can get unless they're in their areas which would be a coccidia and,
unless they're in their areas and covering the ground with it, the big cats wouldn't be in any contact
with any of them or getting anything from them. . . . It's not a problem.").

[63] *See e.g.* Rough Candy 30(b)(6) Tr. 322:6-11 ("Q. Sitting here today, you cannot confirm that all
the cats that currently are roaming on the premises have been vaccinated against all the diseases that
could possibly infect the big cats? . . . A. No."); Candy 30(b)(6) Tr. 335:21-336:4.

[64] Rough Fox Tr. 128:11-15 ("Q. Would it be fair to conclude that you haven't done anything to
make sure that the big cats receive enrichment that is sufficient to meet their needs? A. I have not.");
Fox Tr. 130:13-17.

USDC IN/ND case 3:15-cv-00230-RLB-SLC   document 114   filed 08/20/18   page 30 of 37

plan for the lions at Tri-State Zoo ("they don't really need an enrichment plan"),[65] and that toys were placed in the lemur enclosure for the enjoyment of people who visit the zoo, "not the animals." Mr. Candy also testified that he never consulted with a veterinarian to assess tires provided to Tri-State Zoo's exotic cats for enrichment[66]— despite the fact that tires are a particular hazard to exotic cats. Specifically, exotic cats can bite off pieces that become lodged in their intestinal tract. I know this from experience: A cougar I rescued from a home that provided tires as toys collapsed suddenly one day and died with no warning. A necropsy revealed a piece of rubber to have perforated her intestine, causing her to bleed to death internally within minutes.

e. Dr. Fox has also never been consulted in order to ensure that Tri-State Zoo's animals have safe and adequate housing.[67] As noted above, Dr. Fox also clearly did not recognize the existing hazards he witnessed.

f. Tri-State Zoo has no darting equipment to help tranquilize its animals,[68] and has only one large cage—"like a thing they use in the hospital for infants"—it can use as a catch cage.[69] Dr. Fox suggests this cage is not secure enough to contain a

---

[65] Candy Tr. 366:4-6 ("Q. . . . Is there a written enrichment plan for the lions? A. No. Why not? A. Because as a big cat, they don't really need an enrichment plan.").

[66] Id., at 399:5-7 ("Q. Ever have a vet assess . . . the tires [the big cats play with]? A. No.").

[67] Rough Fox Tr. 139:17-140:2 ("Q. That's not something you feel is your responsibility as the tigers' attending veterinarian to check to make sure they have safe and adequate housing? A. It should be, yes. Q. But you didn't do that? A. I did not."); Fox Tr. 142:6-12.

[68] Rough Candy 30(b)(6) Tr. 64:9-11 ("Q. Do you keep nets and darting equipment on site? A. We have nets but no darting."); Candy 30(b)(6) Tr. 68:13-15.

[69] Rough Fox Tr. 323:3-5 ("It really wasn't a squeeze cage it was like a—it was like a thing they use in the hospital for infants."); Fox Tr. 329:20-330:1; Rough Candy 30(b)(6) Tr. 155:15-17 ("Q. Well, these catch cages that you say you have, how many of those catch cages do you have? A. I have one large one."); Candy 30(b)(6) Tr. 161:8-10.

tiger.[70] Tri-State Zoo has no means of restraining its animals for minor procedures, and needs to use anesthesia and sedation.[71]

g. Dr. Fox agrees that Tri-State Zoo does not have adequate facilities to house its tigers either singly or in appropriate social groups.[72] The U.S. Department of Agriculture echoed this concern in an inspection report.[73]

h. Mr. Candy does not believe he needs paid employees,[74] and insists his volunteer staff are "just as qualified as paid employees."[75] When pressed, Mr. Candy could not come up with any relevant training on the part of his volunteer staff members.[76] Mr. Candy has no plans in the event that any the volunteers move on

---

[70] Rough Fox Tr. 322:13-20 ("Q. Did you use a squeeze cage when did you do that? A. We tried. Q. How did that go? A. Not well? Q. What happened? A. [Mowgli] went through out the other side and got free."); Fox Tr. 329:9-16.

[71] Fox Tr. 185:20-186:2 ("Q. And so the only reason anesthesia and sedation were required is because the zoo did not have these restraint devices available? A. Yes, ma'am.").

[72] Rough Fox Tr. 235:5-9 ("Q. So . . . currently the facilities cannot accommodate as many tigers as they have for housing them singly or in appropriate social groups? A. Yes."); Fox Tr. 239:19-240:2.

[73] USDA APHIS, Inspection Report (June 9, 2011) (finding nothing "to prevent the [tiger] on either side [of the tigers' enclosure] from jumping into the next enclosure").

[74] Rough Candy 30(b)(6) Tr. 370:9 ("Do I think you need paid employees? No."); Candy 30(b)(6) Tr. 386:18.

[75] Rough Candy 30(b)(6) Tr. 278:10-17 ("Q. But it's fair to say that there's presently no emergency funds or there's presently no funds to hire qualified employees to [take care] of the animals? . . . A. I didn't say there was no funds to hire qualified employees but we find that volunteers are just as qualified as paid employees."); Candy 30(b)(6) Tr. 289:18-290:4.

[76] Candy Tr. 58:10-16 ("Q. . . . What are [Ms. Hoopengardner's] responsibilities at Tri-State? A. Right now she is cleaning and feeding. Q. Does she have any training in caring for animals? A. That, I don't know from before. We trained her there, but her duties are not with any of the dangerous animals."); *Id.* at 61:2-6 ("Q. Are you aware that Ms. Moon has any particular training dealing with animals? A. She's always had animals. She's always been working around them. I believe she works at the shelter."); *Id.* at 71:6-9 ("Q. Okay. Has [Ms. Simons] received any training outside of working for the zoo? A. I don't know. Her husband was a zookeeper at other places.").

from Tri-State Zoo.[77] Aside from Mr. Candy, there is no one at Tri-State Zoo who works full time caring for Tri-State Zoo's exotic cats.[78]

70. The record further suggests that Tri-State Zoo's animals have suffered as a result of this inadequate care:

a. Dr. Fox agrees that the inadequate diet provided by Tri-State Zoo has caused one of Tri-State Zoo's tigers, Mowgli, to become obese.[79]

b. Dr. Fox agrees that the unvaccinated free-roaming animals Mr. Candy lets access the enclosures of Tri-State Zoo's animals can spread diseases to those animals.[80]

c. Dr. Fox agrees that inadequate staffing contributed to the failure to notice a lemur, Bandit, was suffering from an illness until it was too late to prevent Bandit's death.[81]

---

[77] Rough Candy 30(b)(6) Tr. 371:2-8 ("Q. Insofar as Mr. Harr and Ms. Hoffengardner work at the zoo in exchange for being provided with living quarters, if you didn't have -- if they found a different place to live, do you have any expectation that Ms. Hoffengardner would continue to donate her time to the zoo? A. That would be up to them."); Candy 30(b)(6) Tr. 387:12-18.

[78] Squires Tr. 109:13-17 ("Q. So there is nobody who has -- so the people, other than Mr. Candy, there is nobody available to work full-time caring for the big cats, is that right, as far as you know? A. I'm not sure.").

[79] *See e.g.* Rough Fox Tr. 218:10-14 ("Q. Do you know what the estimated body weight is for any of the big cats currently? A. I would say I mean it's . . . just an estimate but Mowgli probably about 800 the [Bengal] tigers probably four to 600."); Fox Tr. 222:15-19; Rough Fox Tr. 226:13-15 ("Q. So inappropriate diet caused [this tiger] to be this overweight? A. Yes."); Fox Tr. 230:20-231:1.

[80] Rough Fox Tr. 148:2-6 ("Q. If a domestic or [feral] cat who was infected . . . got into the cages of the big cats that would pose a likely risk of injury to those big cats of getting sick? A. Yes, it could."); Fox Tr. 150:21-151:4.

[81] Rough Fox Tr. 254:20-255:3 ("Q. In a zoo with appropriate staffing would you expect the condition of which Bandit died to be noticed and brought to a veterinarian's attention earlier? A. [I] would think so, yes."); Fox Tr. 260:1-5.

    d. One lion, Mbube, died without ever being treated by a qualified veterinarian.[82] Another lion cub also died, dehydrated, without seeing a veterinarian until it was too late.[83]

    e. Dr. Fox agrees that Tri-State Zoo's exotic cats are at risk from a number of fatal diseases, such as feline panleukopenia and feline leukemia.[84]

    f. Dr. Fox agrees that Tri-State Zoo's inability to adjust the ambient temperature in the exotic cats' enclosures places them at ongoing risk of conditions such as frostbite, hypothermia stress, or kidney disease.[85]

---

[82] Rough Candy 30(b)(6) Tr. 138:16-139:2 ("Q. I'm just trying to determine the simple fact and the simple fact is Bu was not examined by a veterinarian with exotic cat experience by October 10, 2016? . . . A. With exotic experience? I don't know what Dr. Fox would have exotic experience at that point. Q. And he didn't, in fact, examine Bu by October 10, 2016, did he? . . . A. No."); Candy 30(b)(6) Tr. 144:3-15; Rough Candy 30(b)(6) Tr.153:7-154:2 ("Q. Now, between the time that Dr. Fox went on site to do the tests until the day that Dr. Fox came to euthanize Bu . . . did he ever come out to see Bu to see how he was doing? A. I don't believe so. . . . He didn't physically come out and see him."); Candy 30(b)(6) Tr. 158:21-159:16.

[83] *See e.g.* Rough Fox Tr. 167:19-168:1 ("Q. Is there any reasonable excuse for somebody who hand rears a lion cub to wait this long to seek treatment for the cub? A. No."); Fox Tr. 171:8-11; Rough Fox Tr. 166:19-167:14 ("I didn't do any autopsy or anything like that but [the cub] had sub normal temperature [and his] very weak lungs were congested there was acute onset color was very light pink capillary refill was greater than two seconds and was dehydrated. We took an x-ray and looks liked had increased density in the lobes and increased abdomen fluid as well but that could have been just because . . . it was down . . . and not moving it could have been penetrated through the edema so we were dehydrated we gave fluids, of course we gave dextrose on I.V. kefalins sufasolin which is an antibiotic and gave some Lasix to try to clear the fluid."); Fox Tr. 170:11-171:3; Rough Candy 30(b)(6) Tr. 296:8-10 ("Q. So Dr. Ryan, as far as you know, never examined or saw the cub who died? A. Did not see the cub, no."); Candy 30(b)(6) Tr. 308:8-10; Squires Tr. 88:20-89:4 ("Were you ever, at any time while you were caring for one or more of these cubs, in contact with any veterinarian about the proper care and feeding of the cub? . . . A. No.").

[84] Rough Fox Tr. 80:14-19 ("Q. So currently the big cats are not protected [from] panleukopenia? A. No. Q. And certainly have you heard that panleukopenia can be fatal? A. Of course. Q. How about feline leukemia does anything currently protect the big cats from feline leukemia? A. No."); Fox Tr. 82: 9-18.

[85] Rough Fox Tr. 137:7-10 ("Q. And what can happen to Peka if the temperatures fall outside [safe] levels? A. Frost bite, hypothermia stress, without water kidney disease failure."); Fox Tr. 139:14-17.

g. Dr. Fox agrees that lack of clean facilities at Tri-State Zoo places its animals at ongoing risk for diseases.[86]

h. Dr. Fox agrees that lack of adequate enclosures at Tri-State Zoo places its tigers and lions at ongoing risk of acute and chronic injury.[87]

71. My conclusions from my own review of the record are supported by the fact that the U.S. Department of Agriculture has identified Tri-State Zoo as a repeat violator of standards prescribed under the Animal Welfare Act, and saw fit to suspend Tri-State Zoo's license for 45 days in 2013.[88] These violations are consistent with my own understanding of Tri-State Zoo's lack of expenditures for the proper care of its animals. For example, inspection reports show that Tri-State Zoo has been repeatedly found in violation of acceptable standards for keeping its tiger enclosures in sufficient condition "to prevent the animal on either side from jumping into the next enclosure," "structurally sound enough to contain juvenile or adult tigers," and free from pests.[89]

72. Isolated violations of the Animal Welfare Act may, by themselves, not provide sufficient evidence to support a conclusion that a facility providing care for captive animals is failing to provide proper care. However, the frequency and

---

[86] Rough Fox Tr. 148:7-21 ("Q. Can you name some risks of harm to the health and well-being of the big cats if their housing facilities are not properly cleaned and sanitized? A. Infections . . . Ecoli, you could harbor viruses . . . there's gastrointestinal diarrhea. Q. Is it fair to say that cleanliness and sanitation are not negligible or minor aspects of . . . preventing and controlling diseases for the big cats? A. It's important is that what you're asking, yes. Q. It's critical, actually? A. Yes, very important."); Fox Tr. 151:5-19.

[87] Rough Fox Tr. 219:13-19 (Q. . . . [D]o you agree that tigers and lions who are confined in enclosures without sufficient [physical activity are] directly at risk of acute and chronic injury? A. Yes."); Fox Tr. 223:21-224:4.

[88] *See* Complaint, ¶ 26.

[89] *See e.g.* USDA APHIS, Inspection Report (June 9, 2011); Fox Exhibit 2 (Sept. 14, 2012 USDA inspection report showing violations in white tiger enclosure).

USDC IN/ND case 3:25-cv-00230-RLM-SLC   document 16   filed 08/06/25   page 35 page 35 of 37

seriousness of Tri-State Zoo's violations, as well as the consistency between these violations and Tri-State Zoo's other stated inadequacies, paint a picture of a facility that has failed and is currently failing to fund proper care for its animals.

## Conclusion

73. The dire situation described above illustrates why Big Cat Rescue carefully plans for the foreseen and unforeseen needs of its animals, and uses my methodology to set fundraising and long-term care goals. As explained above, my methodology sets out a budget that reflects less than the real cost to provide exotic cats adequate food, medical supplies, and veterinary care. Based on my review, and as discussed in this report, it is clear to me that Tri-State Zoo is falling far short of this sub-minimum standard, let alone the standards set out by the federal government or by accrediting organizations such as GFAS.

74. In failing to meet the lenient floor set out by my methodology, Tri-State Zoo is placing its animals in unnecessary, easily-prevented imminent and ongoing risk of fatal and/or chronic diseases and conditions. As such, I agree with Dr. Fox, who admits that Tri-State Zoo's animals "would be better off where somebody could actually take care of them better"[90] and that sending these animals to a sanctuary that has the money to provide them with proper care is "a no-brainer."[91]

---

[90] Rough Fox Tr. 155:7-14 ("Q. But as the attending veterinarian of those tigers and lions, your understanding is that they . . . would be better off at a proper and well-funded center? A. Bob loves these animals to death but yes, they would be better off where somebody could actually take care of them better."); Fox Tr. 158:12-19.

[91] Rough Fox Tr. 152:20-153:7 ("Q. If the tigers and the lion had the opportunity to go to live out their lives in a sanctuary that has a good reputation that has the money to provide them veterinary care where they can live in a sanctuary would you agree that this would be in the best interests of those animals? . . . A. That's a no-brainer of course."); Fox Tr. 155:20-156:7.

Originally executed on June 8, 2018. Amended to add citations to final deposition transcripts on this 11th day of July, 2018.

_Carole Baskin_
Carole Baskin


Pursuant to 28 U.S.C. § 1746, I, Carole Baskin, hereby declare that under the penalty of perjury the contents of the foregoing reports are true and correct to the best of my knowledge.

EXECUTED on this 23rd day of ___October___ 2018.

_Carole Baskin_
Carole Baskin

## Appendix A

**Publications by Carole Baskin Since 2008**

Carole Baskin, Howard Baskin & LaWanna Mitchell, *Common Myths That Fuel The Cruel Big Cat Selfie Trade* (Kindle Ed. 2016).

Carole Baskin & LaWanna Mitchell, *A Leopard Named Armani* (Kindle Ed. 2016).

Carole Baskin & LaWanna Mitchell, *Black Leopard Jumanji* (Kindle Ed. 2016).

Carole Baskin & LaWanna Mitchell, *Caracal Lynx: Desert Lynx, Persian Lynx, Asian Caracal, African Lynx* (Kindle Ed. 2016).

Carole Baskin & LaWanna Mitchell, *Shaquille: Shattered Dreams* (Kindle Ed. 2016).

Carole Baskin & LaWanna Mitchell, *The Bobcats of Big Cat Rescue* (Kindle Ed. 2015).

Carole Baskin & LaWanna Mitchell, *The Elusive Sand Cat Photo Book* (Kindle Ed. 2015).

Carole Baskin & LaWanna Mitchell, *Lions of Big Cat Rescue: Meet Cameron, Joseph & Nikita* (Kindle Ed. 2015).

Carole Baskin & LaWanna Mitchell, *Black Footed Cat* (Kindle Ed. 2015).

Carole Baskin & LaWanna Mitchell, *Big Cat Attacks* (Kindle Ed. 2015).

Carole Baskin, *Black Panthers: Fact or Myth* (Kindle Ed. 2014).

Carole Baskin, *Big Cat Care: How to Start a Sanctuary* (Kindle Ed. 2014).

Carole Baskin, *Who Is Big Cat Rescue* (Kindle Ed. 2014).

Carole Baskin & LaWanna Mitchell, *Meet JoJo* (Kindle ed. 201//3).

Carole Baskin, *The Millionaire's Manual to Manifesting Millions* (Kindle Ed. 2008).