# EXHIBIT 5

[https://www.dropbox.com/scl/fi/xta2vxwgy4wn31ne2sdx2/Exhibit-5-Cats-Pacing-at-Black-Pine-Made-with-Clipchamp.mp4?rlkey=l52gaci80dkc6gkepd83eokip&st=o6b621by&dl=0](https://www.dropbox.com/scl/fi/xta2vxwgy4wn31ne2sdx2/Exhibit-5-Cats-Pacing-at-Black-Pine-Made-with-Clipchamp.mp4?rlkey=l52gaci80dkc6gkepd83eokip&st=o6b621by&dl=0)