AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-cv-454**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This documents for **Amanda Plank Executive Director of Professional Animal Retirement Center** was recieved by me on **9/05/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☒   Other *(specify)*   **Posted** Fri 09/05/2025 11:46 AM 1426 W Main St Albion, IN 46701

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  09/07/2025

_____
*Server's signature*

**Jeffrey Carter**
*Printed name and title*

**5707 University Drive**
**Mishawaka, IN 46545**

_____
*Server's address*

Additional information regarding attempted service, etc:

 **Documents served:VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF; EXPERT REPORT OF CAROLE BASKIN; SUMMONS IN A CIVIL ACTION; EXHIBITS; CIVIL COVER SHEET**

**Posted** Fri 09/05/2025 11:46 AM 1426 W Main St Albion, IN 46701



Tracking #: **0185342635**
