# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| JOSEPH MALDANADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-454 |
| ) | |
| PROFESSIONAL ANIMAL ) | |
| RETIREMENT CENTER (PARC) a/k/a ) | |
| BLACK PINE ANIMAL SANCTUARY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Bradley D. Hasler, of the law firm Dentons Bingham Greenebaum LLP, hereby enters his appearance on behalf of Defendant, Professional Animal Retirement Center a/ka/ Black Pine Animal Sanctuary, in the above-entitled action.

Respectfully Submitted,

*/s/ Bradley D. Hasler*
Bradley D. Hasler, #22384-49
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone:   (317) 686-5240
Facsimile:    (317) 236-9907
Email: bradley.hasler@dentons.com

*Attorney for Defendant, Professional Animal Retirement Center (PARC) a/k/a Black Pine Animal Sanctuary*