UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOSEPH MALDANADO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-454 |
| PROFESSIONAL ANIMAL RETIREMENT CENTER (PARC) a/k/a BLACK PINE ANIMAL SANCTUARY, | ) ) ) ) ) |
| Defendant. | ) ) |

**NOTICE OF AUTOMATIC INITIAL EXTENSION TO RESPOND TO COMPLAINT**

Defendant, Professional Animal Retirement Center a/k/a Black Pine Animal Sanctuary, by counsel and pursuant to Local Rule 6-1(b), states that the original deadline for Defendant's response to the Complaint is September 26, 2025; the new deadline is October 24, 2025; and that opposing counsel agreed to the extension of 28 days.

Respectfully Submitted,

*/s/ Bradley D. Hasler*
Bradley D. Hasler, #22384-49
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone: (317) 686-5240
Facsimile: (317) 236-9907
Email: bradley.hasler@dentons.com

*Attorney for Defendant, Professional Animal Retirement Center (PARC) a/k/a Black Pine Animal Sanctuary*