UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOSEPH MALDONADO, ) | |
| ) | |
| ) | Case No. 1:25-cv-454 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PROFESSIONAL ANIMAL ) | |
| RETIREMENT CENTER, (PARC) a/k/a ) | |
| BLACK PINE ANIMAL SANCTUARY, ) | |
| ) | |
| Defendant. ) | |

**PROFESSIONAL ANIMAL RETIREMENT CENTER a/k/a**
**BLACK PINE ANIMAL SANCTUARY'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant, Professional Animal Retirement Center a/k/a Black Pine Animal Sanctuary, by counsel and pursuant to Federal Rule of Civil Procedure 7.1 and General Order No. 2023-06, states that there is no parent corporation or publicly held corporation owning 10% or more of Black Pine Animal Sanctuary stock. There is no parent corporation or publicly held corporation that has an ownership interest in Professional Animal Retirement Center a/k/a Black Pine Animal Sanctuary.

Defendant is not aware of any insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment in this action or for the cost of defense.

Accepting *arguendo* Plaintiff's allegations found at Filing No. 1, at ECF p. 2, this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

Respectfully submitted,

***/s/ Bradley D. Hasler***
Bradley D. Hasler (Atty. # 22384-49)
DENTONS BINGHAM GREENEBAUM LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
(317) 635-8900
Fax: (317) 236-9907
Bradley.Hasler@dentons.com

*Attorney for Defendant, Professional Animal Retirement Center (PARC) a/k/a Black Pine Animal Sanctuary*