UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JOSEPH MALDONADO, | ) | |
| | ) | |
| | ) | Case No.  1:25-cv-454 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PROFESSIONAL ANIMAL | ) | |
| RETIREMENT CENTER, (PARC) a/k/a | ) | |
| BLACK PINE ANIMAL SANCTUARY, | ) | |
| | ) | |
| Defendant. | ) | |

**PROFESSIONAL ANIMAL RETIREMENT CENTER a/k/a
BLACK PINE ANIMAL SANCTUARY'S FIRST AMENDED RULE 7.1
DISCLOSURE STATEMENT**

Defendant, Professional Animal Retirement Center a/k/a Black Pine Animal Sanctuary, by counsel and pursuant to Federal Rule of Civil Procedure 7.1 and General Order No. 2023-06, states that there is no parent corporation or publicly held corporation owning 10% or more of Professional Animal Retirement Center stock. There is no parent corporation or publicly held corporation that has an ownership interest in Professional Animal Retirement Center.

Cincinnati Insurance Company may be liable in whole or in part (directly or indirectly) for a judgment in this action or for the cost of defense.

Accepting *arguendo* Plaintiff's allegations found at Filing No. 1, at ECF p. 2, this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

25120031.v2

Respectfully submitted,

**_/s/ Bradley D. Hasler_**
Bradley D. Hasler (Atty. # 22384-49)
DENTONS BINGHAM GREENEBAUM LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
(317) 635-8900
Fax: (317) 236-9907
Bradley.Hasler@dentons.com

*Attorney for Defendant, Professional Animal Retirement
Center (PARC) a/k/a Black Pine Animal Sanctuary*

25120031.v2