UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOSEPH MALDANADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-454 |
| | ) |
| PROFESSIONAL ANIMAL | ) |
| RETIREMENT CENTER (PARC) a/k/a | ) |
| BLACK PINE ANIMAL SANCTUARY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR JUDICIAL NOTICE OF GOVERNMENT RECORDS**

Defendant, Professional Animal Retirement Center a/k/a Black Pine Animal Sanctuary, by counsel and pursuant to Rule of Evidence 201(c), respectfully requests that the Court take judicial notice of Plaintiff's scheduled prison release date of March 18, 2036, as shown on Exhibit B attached hereto.[1]

Pursuant to Federal Rule of Evidence 201(c)(2), the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Public records maintained online by the Federal Bureau of Prisons are proper for judicial notice. *See Harlow v. Hamlyn*, 2025 WL 33289, at *2 n.2 (N.D. Ind. Jan. 6, 2025) ("The court is permitted to take judicial notice of public records."). *See also, e.g.*, *Duah v. Puzio*, 2025 WL 1678447, at *1 n.1 (D. Conn. June 13, 2025) ("The Court may take judicial notice of BOP's inmate locator website."); *Lowe v. Warden*, 2021 WL 5177825, at *1 (S.D. Ind. Oct. 21, 2021) (taking judicial notice of earliest possible release date); *Betz v. Greenville Corr. Inst.*, 2014 WL 812403, at *1 (S.D. Ill.

---

[1] Joseph Maldonado-Passage is the Plaintiff in this action. *See United States v. Maldonado-Passage*, 56 F.4th 830 (10th Cir. 2022).

1

25184315.v1

Mar. 3, 2014) (taking judicial notice of information on the website of the Federal Bureau of Prisons). *Accord*, *Maldonado v. Prof'l Animal Ret. Ctr.*, 2025 WL 1474499, at *3 (N.D. Ind. May 22, 2025) (observing Joseph Maldonado's anticipated prison release date of March 18, 2036).[2]

WHEREFORE, Defendant, Professional Animal Retirement Center a/k/a Black Pine Animal Sanctuary, respectfully requests that the Court take judicial notice of Plaintiff's scheduled prison release date of March 18, 2036, and grant Defendant all other proper relief.

Respectfully submitted,

*/s/ Bradley D. Hasler*
Bradley D. Hasler, #22384-49
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, Indiana 46204
Telephone:    (317) 686-5240
Facsimile:    (317) 236-9907
Email: bradley.hasler@dentons.com

*Attorney for Defendant, Professional Animal Retirement Center (PARC) a/k/a Black Pine Animal Sanctuary*

---

[2] Plaintiff's criminal appeal referenced in the Order has run its course at the 10th Circuit Court of Appeals. *See United States v. Maldonado*, 2025 WL 1891188 (10th Cir. July 9, 2025).