**EXHIBIT B**



# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Federal Time Credit changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**If an individual is listed as "Released" or "Not in BOP Custody" and no facility location is indicated, the inmate is no longer in BOP custody, however, the inmate may still be in the custody of some other correctional/criminal justice system/law enforcement entity, or on parole or supervised release.**

### Find By Number | Find By Name

Type of Number: BOP Register Number
Number: 26154-017

[Search]

Result using number **26154-017**    Clear Form



### JOSEPH MALDONADO-PASSAGE

Register Number: 26154-017

Age:   62
Race:  White
Sex:   Male

Located at: **Fort Worth FMC**

Release Date: 03/18/2036

**Related Links**
- Facility Information
- Call or email
- Send mail/package
- Send money
- Visit
- Voice a concern

About the inmate locator & record availability ▸