# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOSEPH MALDANADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-454 |
| ) | |
| PROFESSIONAL ANIMAL ) | |
| RETIREMENT CENTER (PARC) a/k/a ) | |
| BLACK PINE ANIMAL SANCTUARY, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF AMANDA PLANK IN SUPPORT OF MOTION TO DISMISS**

I, Amanda Plank, am over the age of eighteen (18) and have personal knowledge of the facts stated herein. I suffer from no disabilities that would render my testimony incompetent.

1. I am the Executive Director of Professional Animal Retirement Center, Inc. a/k/a Black Pine Animal Sanctuary ("Black Pine"). In the course of my duties, I am familiar with the Black Pine facility located at 1426 W 300 N, Albion, Indiana.

2. I am the registered agent for Black Pine, and the address for registered agent service is 1426 W 300 N, Albion, Indiana, as shown on the attached Exhibit A-1. Exhibit A-1 accurately reflects information publicly available from the Indiana Secretary of State website.

3. The aerial photograph on the following page accurately depicts Black Pine's entrance road, parking lot, commissary building (marked with a red balloon), and Wolf Den building (marked with the blue circle), as well as other buildings on the property.

1

25176520.v1



4.  The road at the bottom of the image is blocked with a gate that forces all vehicles toward the parking lot.

5.  Black Pine's only public parking lot is shown on the right-hand side of the image, adjacent to the Wolf Den building, which houses a gift shop, as identified on the image. From the public parking lot, there is a single point of entry onto the property, which is through the Wolf Den building. An accurate depiction of the Wolf Den building from the public parking lot is shown on the following page.

2

25176520.v1



6. Before reaching the public parking lot, the following signage appears:



3

25176520.v1

7. The commissary building is not accessible from the public parking lot, but it can be reached by disregarding signage directing drivers to the visitor parking lot and instead turning into the service entrance which leads to a separate staff parking lot. For security reasons, the door to the commissary building is locked by an electronic keypad.

8. The Complaint and Summons were rubber-banded without an envelope and discovered on the door to the commissary building.

9. Black Pine had a staff member attending to the Wolf Den gift shop during the entire morning of September 5, 2025. The staff member desk sits in open view immediately inside and to the left of the public entrance door.

10. On September 29, 2025, a reporter with WANE TV in Fort Wayne, Indiana sent me a copy of the Complaint filed by Mr. Maldonado in the above-captioned case.

11. Black Pine has not received a copy of the Summons or the Complaint in the above-captioned case via U.S. mail or via a commercial parcel delivery service.

12. I do not live or reside at 1426 W 300 N, Albion, Indiana.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Date: 10/23/2025                    *Amanda Plank*
                                     Amanda Plank

**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
10/18/2025 01:01 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | PROFESSIONAL ANIMAL RETIREMENT CENTER INC. | Business ID: | 2000032100069 |
| Entity Type: | Domestic Nonprofit Corporation | Business Status: | Active |
| Creation Date: | 03/16/2000 | Inactive Date: | |
| Principal Office Address: | 1426 W 300 N, P.O. Box 02, Albion, IN, 46701, USA | Expiration Date: | Perpetual |
| Jurisdiction of Formation: | Indiana | Business Entity Report Due Date: | 03/31/2027 |
| | | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| President | Ted Storer | P.O. Box 11647, Fort Wayne, IN, 46859 - 1647, USA |
| Vice President | Barry Rochford | 1426 W 300 N, Albion, IN, 46701, USA |
| Secretary | Cindy O'Brien | 1426 W 300 N, Albion, IN, 46701, USA |
| Treasurer | Steve Smith | 1426 W 300 N, P.O. Box 2, Albion, IN, 46701, USA |
| CEO | Amanda Plank | 1426 W 300 N, Albion, IN, 46701, USA |

## Incorporators Information

| Name | Title | Address |
|---|---|---|
| KAREN BONAR | Incorporator | 0349 W ALBION RD, ALBION, IN, 46701, USA |

## Registered Agent Information

Type: **Individual**
Name: **Amanda Plank**
Address: **1426 W 300 N, Albion, IN, 46701, USA**

Ex. A-1