AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOSEPH MALDONADO
     Plaintiff

          v.                                              Civil Action No. 1:25-cv-454

PROFESSIONAL ANIMAL RETIREMENT CENTER
*PARC*
*also known as*
Black Pine Animal Sanctuary
     Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):*

☐   the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED for lack of subject matter jurisdiction.

This action was (*check one):*

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Chief Judge Holly A. Brady on Defendants Motion to Dismiss.

DATE:   4/6/2026 _____            CHANDA J. BERTA, CLERK OF COURT

                                                by_____s/N. Corle_____
                                                *Signature of Clerk or Deputy Clerk*