**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

JOSEPH MALDONADO

*Plaintiff*,

v.

PROFESSIONAL ANIMAL RETIREMENT CENTER (PARC), aka BLACK PINE ANIMAL SANCTUARY,

Case: 1:25-cv-454-HAB-ALT

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Joseph Maldonado, hereby appeals to the United States Court of Appeals for the Seventh Circuit, pursuant to 28 U.S.C. § 1291, from the final Opinion and Order entered in this action on April 1, 2026, by the United States District Court for the Northern District of Indiana, which dismissed Plaintiff's Complaint for lack of subject matter jurisdiction.

Plaintiff further appeals any and all rulings, findings, conclusions, and orders subsumed within or related to the Court's Opinion and Order, including any determinations concerning Article III standing and any sanctions-related findings or rulings.

Date: 04/23/2026

Respectfully submitted,

*/s/ Roger Roots*
Roots Justice
10 Dorrance Street
Suite 700
Providence, Rhode Island 02903
(662) 665-1061