# EXHIBIT 2

---

**ARTIFICIAL-INTELLIGENCE SEARCH RESULT — CHATGPT**

Screenshot result of a search of the artificial-intelligence tool "ChatGPT.com" on August 21, 2026, showing that ChatGPT misstates the holding of American Society for the Prevention of Cruelty to Animals v. Ringling Bros., 317 F.3d 334 (D.C. Cir. 2003).

4. American Society for the Prevention of Cruelty to Animals v. Ringling Bros., 317 F.3d 334 (D.C. Cir. 2003

**American Society for the Prevention of Cruelty to Animals v. Ringling Bros. and Barnum & Bailey Circus**, 317 F.3d 334 (D.C. Cir. 2003), is a federal appellate case concerning **Article III standing under the Endangered Species Act (ESA).**

### Key facts

The American Society for the Prevention of Cruelty to Animals (ASPCA) and other animal-rights organizations sued Ringling Bros. Circus, alleging that the circus's treatment of its Asian elephants violated the ESA's prohibition against "taking" endangered species.

The plaintiffs included individuals who claimed they had aesthetic, emotional, and professional interests in elephants and were injured by witnessing or knowing about the elephants' alleged mistreatment.

### Issue

Whether the plaintiffs had **standing** under Article III of the U.S. Constitution to bring the ESA citizen-suit claim.

### Holding

The D.C. Circuit held that the plaintiffs **did not establish Article III standing** because they failed to demonstrate a sufficiently concrete and particularized injury.

The court emphasized that a plaintiff must show an actual injury to a cognizable interest, not merely a generalized concern about an animal or species. The plaintiffs' alleged emotional distress from observing the elep ' treatment was insufficient where they