# EXHIBIT 3

---

**BLACK PINE ANIMAL SANCTUARY FACEBOOK POST, MAY 12, 2025**

Post published by Black Pine Animal Sanctuary announcing, among other things, that "Elvis will also be neutered this weekend. (Shhhh! We arent' telling him.)" Reproduced in two parts: the body of the post, and the same post scrolled to show the reaction and share counts.

7:20
◀ Slack

**Black Pine Animal Sanctuary**
May 12, 2025 ·

🐻Hucklebeary wants to remind you that THIS FRIDAY is Dental Day at Black Pine and our first HOT SUMMER NIGHTS of the season!🦷

Our friends at Jansen Family Dentistry and Noble County Roll-Off & Noble Specialized Transport know that Dental Health is important! Thanks to them, you can enjoy DISCOUNTED ADMISSION ($10) between 5pm-8pm THIS FRIDAY evening as well as FREE TOOTHBRUSHES AND TOOTHPASTE for each visitor!

Come learn how we clean tiger teeth and how powerful Gus's bite force is!

We will be CLOSED Saturday and Sunday this week for a very important weekend for our residents: TEETH CLEANING DAYS!!!!

Elvis will also be neutered this weekend. (Shhhh! We arent' telling him.)

See ya Friday!




Comment as Em Lambert

7:20
◀ Slack

**Black Pine Animal Sanctuary**
May 12, 2025 ·

CLEANING DAYS!!!!

Elvis will also be neutered this weekend. (Shhhh! We arent' telling him.)

See ya Friday!




44 2 15

Most relevant

Comment as Em Lambert