# EXHIBIT 4

---

**BLACK PINE FUNDRAISING APPEAL — PATRONUS**

Black Pine Animal Sanctuary fundraising page for the tiger Patronus, stating that he was seized from "Jeff & Lauren Lowe's Oklahoma 'Zoo' (formerly the Greater Wynnewood Exotic Animal Park of Joe Exotic Infamy)" and soliciting donations. Reproduced in two renderings of the same page.



Patronus was seized in 2021 by the Department of Justice for the illegal possession and transport of animals and violations of the Animal Welfare Act from Jeff & Lauren Lowe's Oklahoma "Zoo" (formerly the Greater Wynnewood Exotic Animal Park of Joe Exotic Infamy). He was permanently placed at Black Pine in January 2022 and is now receiving a proper diet of fresh meat, vet care, and a roomy and lush habitat for the REST of his life.

**DONATE TO HELP ANIMALS LIKE PATRONUS**

## DETAILS

**NAME**
Patronus

**SUB-SPECIES**
American Golden Tabby Tiger

**GENDER**
Male

**BORN**
2016



DONATE TO HELP ANIMALS LIKE PATRONUS

## DETAILS

**NAME**
Patronus

**SUB-SPECIES**
American Golden Tabby Tiger

**GENDER**
Male

**BORN**
2016

Patronus was seized in 2021 by the Department of Justice for the illegal possession and transport of animals and violations of the Animal Welfare Act from Jeff & Lauren Lowe's Oklahoma "Zoo" (formerly the Greater Wynnewood Exotic Animal Park of Joe Exotic Infamy). He was permanently placed at Black Pine in