# EXHIBIT 5

## PARC ADVERTISEMENT — ELVIS

Black Pine Animal Sanctuary page for the tiger Elvis, using the same "Greater Wynnewood Exotic Animal Park of Joe Exotic Infamy" language and soliciting donations and tour bookings.



Elvis was seized in 2021 by the Department of Justice for the illegal possession and transport of animals and violations of the Animal Welfare Act from Jeff & Lauren Lowe's Oklahoma "Zoo" (formerly the Greater Wynnewood Exotic Animal Park of Joe Exotic Infamy) and permanently placed at Black Pine for the REST of his life as of January 2022.

DONATE TO HELP ANIMALS LIKE ELVIS

Book a Tour!