# EXHIBIT 6

## BLACK PINE STATEMENT REGARDING THE DEATH OF IMA

Black Pine Animal Sanctuary statement regarding the decline and death of the white tiger Ima, attributing her medical history to "the inbreeding that caused the white color mutation."

Shortly after, white tiger Ima also started declining. Unfortunately, due to the inbreeding that caused the white color mutation, Ima had a complicated medical history. During her post-quarantine exam, after her arrival in 2021, Ima was diagnosed with severe arthritis, which was shocking for a two year old cat. Luckily, medications and supplements allowed her to live a comfortable life for the last four years.